435 A.2d 906

Manor Real Estate Co., Appellant v. Rosedale Tech. etc.
Reargument Denied Oct. 9, 1981.

Argued November 12, 1980. Samuel Avins, for appellant; Charles Kirshener, for appellee.

Before CAVANAUGH, WATKINS and HOFFMAN, JJ.

Order affirmed.

435 A.2d 275

Sawin v. Sawin, Jr., Appellant.

Submitted December 5, 1980. Robert I. Whitelaw, for appellant; Arthur L. Jenkins, for appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

The order of the court below is hereby affirmed on the comprehensive opinion of the Honorable Richard S. Lowe, President Judge, Court of Common Pleas, Montgomery County.

DiSALLE, J., filed a memorandum concurring statement.